IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | Case No:        26-mj-75 DLM |
| Claire Louise Feng, | ) | Date:            January 26, 2026 |
| | ) | Courthouse:   Minneapolis |
| Defendant. | ) | Courtroom:    8E |
| | ) | Time Commenced:   4:07 p.m. |
| | ) | Time Concluded:    4:22 p.m. |
| | ) | Time in Court:        15 minutes |

X **DETENTION HEARING**

APPEARANCES:

Plaintiff:   Benjamin Bejar, Assistant U.S. Attorney
Defendant:  Rob Meyers
            X FPD

On    X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
Preliminary hearing to be set.

                                                                                _____s/jam_
                                                                          Signature of Courtroom Deputy