UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

    v.

Claire Feng

        Defendant.

Court File No. 26-cr-38 (ECT/DLM)

**MOTION TO DISMISS OR FOR A
BILL OF PARTICULARS**

Pursuant to the Fifth and Sixth Amendments, Defendant hereby moves to dismiss the Indictment for failure to state an offense or to require the government to provide a bill of particulars.

"An indictment is legally sufficient on its face if it contains all of the essential elements of the offense charged, fairly informs the defendant of the charges against which he must defend, and alleges sufficient information to allow a defendant to plead a conviction or acquittal as a bar to a subsequent prosecution." *United States v. Carter*, 270 F.3d 731, 736 (8th Cir. 2001).

The Indictment in this case does not pass this test. It alleges that Ms. Feng "did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer of the United States . . . (Victim A) . . . and in doing so, the defendant inflicted bodily injury on Victim 1." ECF No. 15. It is not clear from the face of the indictment whether Victim A and Victim 1 are the same person or different people, whether Victim 1 is also alleged to be a federal agent, or the connection (if any) between the two.

Confusingly, the affidavit submitted with the Complaint initially filed in this matter refers to an agent described as "CBP 1" as well as an agent described as "CBP 2" who is also identified as "Victim" in the affidavit. *See* ECF No. 1-1 at 3. The affidavit also alleges that Defendant "tackled" CBP 1 and "forcibly bit" CBP 2. It is unclear from the indictment whether it is referring to CBP 1, CBP 2, or both.

In short, the Indictment does not "fairly inform[] the defendant of the charges which [s]he must defend," and it must either be dismissed or supplemented by a bill of particulars to address these deficiencies.

Respectfully submitted,

Dated:   July 10, 2026

s/ *Kevin C. Riach*

Kevin C. Riach
Attorney ID No. 389277
THE LAW OFFICE OF KEVIN C. RIACH
125 Main St. SE, Suite 339
Minneapolis, MN 55414
Phone:   612-203-8555

**ATTORNEY FOR DEFENDANT**

2