UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-CR-38 (ECT/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S RESPONSE** |
| v. | ) | **TO DEFENSE MOTION FOR** |
| | ) | **EARLY DISCLOSURE OF** |
| CLAIRE LOUISE FENG, | ) | **JENCKS ACT MATERIAL** |
| | ) | |
| Defendant. | ) | |

Defendant moved the Court for early disclosure of *Jencks* material. ECF 36. There is no lawful basis to force government production of *Jencks* material until after a witness has testified on direct examination. *See, e.g., United States v. Douglas*, 964 F.2d 738, 741 (8th Cir. 1992) The Government will, of its own accord, disclose *Jencks* materials seven days in advance of trial, but objects to the Court ordering it to do so. Therefore, the Court should deny this motion.

Dated: August 6, 2026

Respectfully Submitted,
DANIEL N. ROSEN
United States Attorney

*s/Robert G. Tucker III*
BY: ROBERT G. TUCKER III
Special Assistant U.S. Attorney
Bar # 24136128TX